1024

[No. 41058-0-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. M.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-8-00130-5, Edwin Simmers, J. Pro Tem., entered July 24, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41092-0-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH
MACWILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00244-8, Michael F. Moynihan, J., entered June 26, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 41224-8-I.    Division One.    December 7, 1998.]

KATHERINE E. HERZOG, *Appellant*, v. RICHARD MINERICH,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-31130-8, George A. Finkle, J., entered July 25, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, A.C.J., and Grosse, J.

[No. 41326-1-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD A.
PECK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01857-5, Brian D. Gain, J., entered September 15, 1997. *Affirmed* by unpublished per curiam opinion.